UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Amended (from 9/15/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 20, 2003

10:00 a.m.

*Held 4 hours*

3-01-cv-596   (SRU) Cooper v Northern Star
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Garrett L. Gray | Zukerman, Gore & Brandeis, 900 Third Ave., New York, NY |
| Jeffrey M. Sklarz | Zeisler & Zeisler, P.C., 558 Clinton Ave., Po Box 3186, Bridgeport, CT 203-368-4234 |
| James G. Verrillo | Zeisler & Zeisler, P.C., 558 Clinton Ave., Po Box 3186, Bridgeport, CT 203-368-4234 |
| Timothy B. Yolen | Yolen & Perzin, 5 Trumbull Street, New Haven, CT 203-562-5100 |

Judge Garfinkel's Settlement Order remains in effect.

Thanks.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK