UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

October 31, 2003

11:00 a.m.

*Held
30 mins.*

CASE NO. **3:01cv596 (SRU)**    **COOPER v NORTHERN STAR**

Garrett L. Gray                 * CONFERENCE WITH ATTY GRAY
Zukerman, Gore & Brandeis         AND HIS CLIENT ONLY.
900 Third Ave.
New York, NY 10022                          THANKS.


Jeffrey M. Sklarz
Zeisler & Zeisler, P.C.
558 Clinton Ave., Po Box 3186
Bridgeport, CT 06605-0186


James G. Verrillo
Zeisler & Zeisler, P.C.
558 Clinton Ave., Po Box 3186
Bridgeport, CT 06605-0186


Timothy B. Yolen
Yolen & Perzin
5 Trumbull Street
New Haven, CT 06511


                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK