UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRAIG COOPER, | : | CIVIL ACTION NO. 2003 DEC -9  P 12: 40 |
| Plaintiff, | : | |
| | : | US DISTRICT COURT |
| v. | : | 3:01 CV 596 (SRU) |
| | : | |
| NORTHERN STAR CAPITAL LLC, | : | |
| | : | |
| Defendant. | : | December 9, 2003 |

## THIRD JOINT MOTION TO EXTEND TIME
## TO COMPLY WITH PRE-TRIAL ORDERS

The parties in the above captioned matter respectfully move the Court to extend the time in which the parties have to submit the joint trial memorandum and comply with the Court's pretrial orders entered on September 23, 2003 (Dkt. #54). In support hereof, the parties represent the following:

1.    On June 24, 2003 the Court held a hearing on the defendant's motion for summary judgment. At the hearing the Court granted in part and denied in part the defendant's motion for summary judgment.

2.    During the hearing the respective counsel for the parties requested, and the Court has since ordered the parties to engage in a settlement conference with United States Magistrate Judge William Garfinkel. A day-long mediation session was held on October 20, 2003. While no resolution to this matter was reached that day, Magistrate Garfinkel requested and the parties agreed, that mediation should continue as some progress was made. Since October 20, 2003, Magistrate Garfinkel has held multiple conference calls with the parties and counsel. The parties will know by December 16, 2003 whether a settlement has been reached.

3.    In order to complete the mediation process, the parties request that the Pre-Trial Order (Dkt. #54) requiring the parties to file the Joint Trial Memorandum on or before December 19, 2003, be continued for thirty (30) day until January 15, 2004.

4.    The parties do not request modification of the Order requiring the parties to attend the January 20, 2003 Trial Calendar Call to pick a trial date and discuss issues raised in the Joint Trial Memorandum.

5.    Counsel for the defendant, Garrett Gray, has authorized the undersigned counsel for the plaintiff to submit this motion jointly so that all resources of the parties can be devoted to resolution of this matter.

6.    This is the third motion to extend time filed with respect to this matter.

WHEREFORE, the parties jointly request: an extension of time to file their Joint Trial Memorandum until January 15, 2004.

THE PLAINTIFF

By:_____
Jeffrey M. Sklarz (ct 20938)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

2

## CERTIFICATION

A copy of the foregoing was mailed, postage prepaid, to the following counsel and pro se parties of record:

Garrett L. Gray
Zuckerman, Gore & Brandeis, LLP
900 Third Avenue
New York, NY 10022

Timothy B. Yolen
Yolen & Perzin, LLC
5 Trumbull Street, P.O. Box 1990
New Haven, CT 06521

Date:   December 9, 2003

Jeffrey M. Sklarz

\\Dfs1\users\JMS\C\Cooper\Pleadings\mxt.pretrial order3.doc