#57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| CRAIG COOPER, | : | CIVIL ACTION NO. |
| | : | 2003 DEC -9  P 12: 40 |
| Plaintiff, | : | |
| | : | US DISTRICT |
| v. | : | 3:01 CV 596 (SRU) |
| | : | |
| NORTHERN STAR CAPITAL LLC, | : | |
| | : | |
| Defendant. | : | December 9, 2003 |

**THIRD JOINT MOTION TO EXTEND TIME
TO COMPLY WITH PRE-TRIAL ORDERS**

The parties in the above captioned matter respectfully move the Court to extend the time in which the parties have to submit the joint trial memorandum and comply with the Court's pretrial orders entered on September 23, 2003 (Dkt. #54). In support hereof, the parties represent the following:

1. On June 24, 2003 the Court held a hearing on the defendant's motion for summary judgment. At the hearing the Court granted in part and denied in part the defendant's motion for summary judgment.

2. During the hearing the respective counsel for the parties requested, and the Court has since ordered the parties to engage in a settlement conference with United States Magistrate Judge William Garfinkel. A day-long mediation session was held on October 20, 2003. While no resolution to this matter was reached that day, Magistrate Garfinkel requested and the parties agreed, that mediation should continue as some progress was made. Since October 20, 2003, Magistrate Garfinkel has held multiple conference calls with the parties and counsel. The parties will know by December 16, 2003 whether a settlement has been reached.

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.