UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 1: 02

| | |
|---|---|
| CRAIG COOPER, | Civil Action No: |
| Plaintiff, | 3:01 CV 596 (SRU) |
| V. | |
| NORTHERN STAR CAPITAL, LLC<br>PETER NORDEN, and MARTY LEVINE, | |
| Defendants. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), D. Conn. L. R. Civ. P. 41(b) and a confidential settlement agreement, the parties hereby stipulate to dismissal of the above captioned matter, with prejudice and without costs to either party.

THE DEFENDANTS:

By: _____
Garrett L. Gray
ZUCKERMAN, GORE & BRANDEIS, LLP
900 Third Avenue
New York, NY 10022
*Pro Hac Vice*

Dated: January 14, 2004

THE PLAINTIFF:

By: _____
Jeffrey M. Sklarz, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

Dated: January 13, 2004