**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 FEB 17 P 1:02

| | |
|---|---|
| CRAIG COOPER, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| NORTHERN STAR CAPITAL, LLC | : |
| PETER NORDEN, and MARTY LEVINE, | : |
| | : |
| Defendants. | : |

Civil Action No:

3:01 CV 596 (SRU)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), D. Conn. L. R. Civ. P. 41(b) and a confidential settlement agreement, the parties hereby stipulate to dismissal of the above captioned matter, with prejudice and without costs to either party.

THE DEFENDANTS:

By: _____
Garrett L. Gray
ZUCKERMAN, GORE & BRANDEIS, LLP
900 Third Avenue
New York, NY 10022
*Pro Hac Vice*

Dated: January 14, 2004

THE PLAINTIFF:

By: _____
Jeffrey M. Sklarz, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

Dated: January 13, 2004

*Left margin (rotated text):*

The clerk is instructed to dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

APPROVED. The case is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
02/23/04